No. 174. HAM, INSURANCE COMMISSIONER, *v.* EQUITABLE LIFE ASSURANCE SOCIETY. Jurisdictional statement distributed September 10, 1936. Decided October 12, 1936.

*Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Seattle & Renton Ry.* v. *Linhoff*, 231 U. S. 568, 570; *Gasquet* v. *Lapeyre*, 242 U. S. 367, 369; *Enterprise Irrigation Dist.* v. *Canal Co.*, 243 U. S. 157, 165, 166. *Messrs. Ray E. Lee* and *James A. Greenwood* for appellant. *Messrs. John U. Loomis* and *James H. McIntosh* for appellee.